UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| ALEX ANAGNOSTOPOULOS, | ) Case No. 20-00099-01-CR-W-RK |
| Defendant. | ) ) ) |

**ORDER FOR ISSUANCE OF WARRANT FOR ARREST**

On September 6, 2023, the Sentencing Hearing was scheduled and Alex Anagnostopoulos failed to appear for the hearing. For good cause appearing and on the recommendation of the Pretrial Services Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Alex Anagnostopoulos be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Alex Anagnostopoulos has committed one or more acts constituting a violation of his Pretrial Bond Release Conditions.



/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  7th  day of  September , 2023.